SUE FAHAMI
Acting United States Attorney
District of Nevada
Nevada Bar Number 5634
JAMES J. GAETA
Assistant United States Attorney
Nevada Bar No. 13575
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
James.Gaeta@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>INFORMATION ASSOCIATED WITH THE CELLULAR DEVICE ASSIGNED CALL NUMBER 214-772-3484, WITH INTERNATIONAL MOBILE SUBSCRIBER IDENTITY / ELECTRONIC SERIAL NUMBER 310150732744542, THAT IS STORED AT PREMISES CONTROLLED BY CRICKET WIRELESS / AT&T WIRELESS | Case No. 2:23-mj-699-BNW<br><br>**MOTION TO UNSEAL** |
| IN THE MATTER OF THE SEACH OF:<br><br>INFORMATION ASSOCIATED WITH THE CELLULAR DEVICE ASSIGNED CALL NUMBER 214-772-3483, WITH INTERNATIONAL MOBILE SUBSCRIBER IDENTITY / ELECTRONIC SERIAL NUMBER 310260053031101, THAT IS STORED AT PREMISES CONTROLLED BY T-MOBILE | Case No. 2:23-mj-700-BNW<br><br>**MOTION TO UNSEAL** |

The United States of America, by and through its attorneys, Sue Fahami, Acting United States Attorney, and James J. Gaeta, Assistant United States Attorney, herby moves this Court for an Order to unseal the above captioned cause numbers and all documents therein.

1  The legal process in these matters were issued and sealed at that time to protect the
2  integrity of an ongoing investigation. Subsequently, the investigation resulted in an indictment
3  in *United States v. AUNDREA CYMONE HAMILTON*, 2:24-CR-00263-GMN-NJK.

4  The Government seeks to unseal the above captioned matters so that documents can be
5  provided in discovery.

6  DATED this 11th day of March, 2025.

Respectfully submitted,

SUE FAHAMI
Acting United States Attorney

*/s/ James J. Gaeta*

---
JAMES J. GAETA
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | Case No. 2:23-mj-699-BNW |
| INFORMATION ASSOCIATED WITH THE CELLULAR DEVICE ASSIGNED CALL NUMBER 214-772-3484, WITH INTERNATIONAL MOBILE SUBSCRIBER IDENTITY / ELECTRONIC SERIAL NUMBER 310150732744542, THAT IS STORED AT PREMISES CONTROLLED BY CRICKET WIRELESS / AT&T WIRELESS; | **ORDER** |
| IN THE MATTER OF THE SEACH OF: | Case No. 2:23-mj-700-BNW |
| INFORMATION ASSOCIATED WITH THE CELLULAR DEVICE ASSIGNED CALL NUMBER 214-772-3483, WITH INTERNATIONAL MOBILE SUBSCRIBER IDENTITY / ELECTRONIC SERIAL NUMBER 310260053031101, THAT IS STORED AT PREMISES CONTROLLED BY T-MOBILE | **ORDER** |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant cases shall be unsealed.

DATED this __12__ day of March, 2025.

_____
HONORABLE BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

1